**IT IS ORDERED as set forth below:**

**Date: November 03, 2008**

_Mary Grace Diehl_

_____
**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 06-42569-MGD |
| | ) | |
| Michael R. Williams, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Diehl |
| _____ | ) | |
| Office of the United States Trustee, | ) | |
| | ) | Adversary Case |
| Plaintiff, | ) | |
| | ) | No. 08-04023-MGD |
| v. | ) | |
| | ) | |
| Michael R. Williams, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff filed a Complaint Objecting to Discharge in the above-styled action on April 29,

2008.  Local Rules of Practice for the United States Bankruptcy Court for the Northern District

of Georgia, Rule 7055-1(3) authorizes sua sponte dismissal of an adversary proceeding which

"has been pending in the Bankruptcy Court for more than six months without any substantial

proceedings of record having been taken, as shown by the record docket or other manner."  The

docket indicates there have been no substantial proceedings of record in the case since April 29,

2008, a period of more than six months.  Accordingly,

Plaintiff is hereby given fifteen (15) days from the entry of this Order to file a written

status report or dispositive pleading.  **Should Plaintiff fail to comply with this Order,**

**Plaintiff's Complaint shall, without further notice, be dismissed without prejudice for want**

**of prosecution.**

**END OF DOCUMENT**

Distribution List:

Leroy Culton
U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Michael R. Williams
P.O. Box 1152
Rocky Face, GA 30740

Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30162

# CERTIFICATE OF NOTICE

```
District/off: 113E-6           User: dockeryl              Page 1 of 1                Date Rcvd: Nov 04, 2008
Case: 08-04023                 Form ID: pdf492             Total Served: 5
```

The following entities were served by first class mail on Nov 06, 2008.
```
aty           +Jeffrey B. Kelly,   Law Office of Jeffrey B. Kelly, P.C.,   107 E. 5th Avenue,
               Rome, GA 30161-1724
aty           +Leroy Culton,   U.S. Trustee,   362 Richard Russell Bldg.,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
ust           +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
dft           +Michael R. Williams,   P.O. Box 1152,   Rocky Face, GA 30740-1152
pla            Office of U.S. Trustee,   75 Spring St.,   362 Richard B. Russell Bldg.,   Atlanta, GA 30303
```

The following entities were served by electronic transmission.
```
NONE.                                                                                           TOTAL: 0
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Office of the U.S. Trustee
ust            ust12
ust            ust9
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
                                                                                 TOTALS: 3, * 12
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2008                    Signature:    *Joseph Speetjens*